# ALABAMA COURT OF CRIMINAL APPEALS



March 7, 2025

**CR-2023-0666**

Tarrell Reish McCarter-Craig v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-2038)

## NOTICE

You are hereby notified that on March 7, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk